1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
3  Nevada Bar No. 14853

4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
7  E-Mail: allison.cheung@ssa.gov

8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE BASS, | ) |
| Plaintiff, | ) Case No.: 3:20-cv-00607-CLB |
| vs. | ) **[ORDER GRANTING DEFENDANT'S** |
| | ) **MOTION TO BE RELIEVED OF** |
| ANDREW SAUL, | ) **PROVIDING CD AND HARD COPIES OF** |
| Commissioner of Social Security, | ) **CERTIFIED ADMINISTRATIVE RECORD** |
| Defendant. | ) |

Based upon Defendant's Motion to be Relieved of Providing CD and Hard Copies of Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant be relieved of providing CD or hard copies of the Certified Administrative Record (CAR) to the Court and to Plaintiff. The Court further **ORDERS** that Defendant may file an electronic copy of the CAR (e-CAR) under seal in CM/ECF.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 28, 2021

[Proposed] Order; No. 3:20-CV-00607-CLB